[No. 24411-3-III.   Division Three.   January 25, 2007.]

THE DEPARTMENT OF AGRICULTURE, *Through its Director*, *Respondent*, v. APPROXIMATELY SEVEN ACRES OF BING AND LAPON CHERRIES ET AL., *Appellants*.

The opinion in the above captioned case, which appeared in the advance sheets at 136 Wn. App. 795-807, has been omitted from this permanent bound volume pursuant to an order of the Court of Appeals dated April 24, 2007 directing that the opinion not be published. See 137 Wn. App. 1034.